UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES WING,

        Plaintiff,

v.                                      Case No: 6:11-cv-1499-Orl-36GJK

PLANN B CORPORATION and DONALD
SCOTT MOLITAR,

        Defendants.
_____/

**ORDER**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Gregory J. Kelly on September 17, 2012 (Doc. 25). In the Report and Recommendation, Judge Kelly recommends that the Court grant the parties' Joint Motion to Approve Settlement, filed on September 11, 2012 (Doc. 24), and dismiss this case with prejudice. Doc. 25, p. 6. Neither party has objected to the Report and Recommendation and the time to do so has expired.

The Court agrees with the Magistrate Judge that given the record, there is no reason to believe that Plaintiff James Wing's ("Plaintiff") recovery was adversely affected by the amount of fees to be paid to Plaintiff's attorney. *Id*. The Court is satisfied that the settlement reached between Plaintiff and Defendants Plann B Corporation and Donald Scott Molitar is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982); 29 U.S.C. § 216. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court

is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 25) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Joint Motion to Approve Settlement, filed on September 11, 2012 (Doc. 24) is **GRANTED.** The Settlement (Doc. 24-Ex. 1) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

3. This action is **DISMISSED**, with prejudice.

4. The Clerk is directed to terminate all pending motions and deadlines and close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 4, 2012.

*[signature: Charlene Edwards Honeywell]*
Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
Unrepresented Parties
U.S. Magistrate Judge Gregory J. Kelly